UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA CAMPBELL,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C12-587-JLR-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall: (1) fully consider the opinions from Norman Staley, M.D., and Hendrik Kirchoff, M.D.; (2) seek clarification regarding the appropriate classification of Plaintiff's past relevant work; and (3) re-evaluate Plaintiff's residual functional capacity,

REPORT AND RECOMMENDATION
PAGE - 1

1   considering the opinion evidence, Plaintiff's testimony, and all of the medical evidence.  The

2   ALJ shall also make a de novo determination as to disability, and issue a new decision.

3       Upon proper application, the Court will consider whether reasonable attorney's fees

4   should be awarded pursuant to 28 U.S.C. § 2412.

5       A proposed order accompanies this Report and Recommendation.

6       DATED this 31st day of October, 2012.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2